UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Yassine Chekkouri  
    Gemma S Cruz  
        Debtor(s)

Case No. 09 B 39806

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/23/2009.

2) The plan was confirmed on 12/14/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/21/2012, 08/29/2013.

5) The case was Completed on 12/12/2013.

6) Number of months from filing to last payment: 50.

7) Number of months case was pending: 51.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $14,725.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $48,549.08 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $48,549.08

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,695.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,233.72 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,928.72

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI | Unsecured | 745.00 | NA | NA | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 299.00 | NA | NA | 0.00 | 0.00 |
| American Express | Unsecured | 1,004.00 | NA | NA | 0.00 | 0.00 |
| American Honda Finance Corporation | Secured | 17,029.00 | 10,696.58 | 13,862.79 | 13,862.79 | 626.72 |
| American Honda Finance Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ann Arbor Financial Services | Unsecured | 2,166.00 | NA | NA | 0.00 | 0.00 |
| Armour System | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |
| Armour System | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 1,085.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 7,891.00 | 8,285.43 | 8,285.43 | 8,285.43 | 0.00 |
| Bank Of America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bankfirst | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CBE Group | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Collection | Unsecured | 877.00 | NA | NA | 0.00 | 0.00 |
| Creditors Alliance Inc | Unsecured | 3,433.00 | NA | NA | 0.00 | 0.00 |
| Dell Financial Services Inc | Unsecured | 1,414.00 | 1,414.20 | 1,414.20 | 1,414.20 | 0.00 |
| Department Stores National Bank | Unsecured | 568.00 | 568.14 | 568.14 | 568.14 | 0.00 |
| Discover Financial Services | Unsecured | 4,952.00 | 4,952.29 | 4,952.29 | 4,952.29 | 0.00 |
| First Bank Of Marin | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Card | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| First Premier | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First USA Bank/Lomas Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First USA Bank/Lomas Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC Auto Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hunter Warfield | Unsecured | 977.00 | NA | NA | 0.00 | 0.00 |
| J J Mac Intyre Co Inc | Unsecured | 1,598.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 214.00 | 214.95 | 214.95 | 214.95 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,320.00 | 1,580.14 | 1,580.14 | 1,580.14 | 0.00 |
| Limited Express | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Lord & Taylor | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 2,578.00 | 2,589.86 | 2,589.86 | 2,589.86 | 0.00 |
| Mitsubishi Motors Credit Of America | Unsecured | NA | 7,380.16 | 7,380.16 | 7,380.16 | 0.00 |
| Mitsubishi Motors Credit Of America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Northern Leasing System | Unsecured | NA | 1,377.70 | 1,377.70 | 1,377.70 | 0.00 |
| Peoples Energy Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,767.00 | 1,503.87 | 1,503.87 | 1,503.87 | 0.00 |
| Resurgent Capital Services | Unsecured | 255.00 | 264.11 | 264.11 | 264.11 | 0.00 |
| Rnb Fields3 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Rnb Fields3 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Toyota Motor Credit Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Victoria's Secret | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Washington Mutual Providian | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Washington Mutual Providian | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/Express | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Zenith Acquisition | Unsecured | 1,320.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $13,862.79 | $13,862.79 | $626.72 |
| **TOTAL SECURED:** | **$13,862.79** | **$13,862.79** | **$626.72** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$30,130.85** | **$30,130.85** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $3,928.72 |
| Disbursements to Creditors | $44,620.36 |
| **TOTAL DISBURSEMENTS** : | **$48,549.08** |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/10/2014                                    By:/s/ Marilyn O. Marshall
                                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**